Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 8:23-cv-201 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| AIMBRIDGE HOSPITALITY LLC, | |
| Defendants. | |

Please take notice that the case has settled. Plaintiff and Defendant, through Defendant's counsel who has not appeared, anticipate filing closing papers in one month.

DATED this 28th day of February, 2023.

/s/ *Peter Kristofer Strojnik*
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff